5:11-0291

RECEIVED
APR 27 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

April 25, 2011

My name is Timothy Eugene Fisher and I was assaulted while in hand restraints in Federal Correctional Institution - Beckley. I would like to file this under civil rights action 42 U.S.C. § 1983. Right now there are some things the institution is doing that are violating my rights like officers that were involved in the incident are still allowed to be around me and they are saying threatening things. As of right now I'm in the Special Housing Unit pending outside charges. but my main concern is there are tapes of the incident which I don't want to disappear. I was never given any medical help. For my protection and safety I would ask this court to place me in another Federal Correctional Institution so I can recieve the proper treatment I'm suppose to be getting here. I would also like the officers involved to pay for any severe trauma I have in the future from there attack on me. I cannot put a price on anything because I've never been treated for the injuries. Thank you for your time.

Timothy Fisher 41811037

Timothy Fisher 41811037
Federal Correctional Institution - Beckley
P.O. Box 350
Beaver, WV 25813

CHARLESTON WV 253
26 APR 2011 PM 2 L

District Court for the Southern District
Of West Virginia
P.O. Box Drawer 5009
Beckley, WV 25801