IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

TIMOTHY EUGENE FISHER,

        Plaintiff,

v.                                   CIVIL ACTION NO. 5:11-cv-00291

FCI BECKLEY,

        Defendant.

## JUDGMENT ORDER

In accordance with the accompanying *Memorandum Opinion and Order* dismissing the Plaintiff's Complaint, the Court **ORDERS** that judgment be entered accordingly and that this case be **DISMISSED** and **STRICKEN** from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented party.

                                  ENTER:     June 3, 2014

                                  IRENE C. BERGER
                                  UNITED STATES DISTRICT JUDGE
                                  SOUTHERN DISTRICT OF WEST VIRGINIA